**Order entered January 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01583-CV

**EDWARD C. NEWBERRY, Appellant**

**V.**

**CLAUDIA J. NEWBERRY, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 06-0752**

## ORDER

Before the Court is appellant's December 31, 2012 motion to dismiss the appeal. In the motion, appellant states the parties have reached an agreement to compromise and settle their differences in this appeal. We **GRANT** appellant's motion, and pursuant to his request, we **ABATE** this appeal to permit the trial court to effectuate the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). The appeal will be reinstated in **FORTY-FIVE DAYS** or when the Court receives a motion to dismiss confirming the trial court has effectuated the parties' agreement, whichever is first.

/s/　　CAROLYN WRIGHT
CHIEF JUSTICE